

# NUMBER 13-24-00617-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE MATTER OF THE MARRIAGE OF CONGHUA YAN AND FUYAN WANG AND IN THE INTEREST OF S.Y., A CHILD

---

## ON APPEAL FROM THE 325TH DISTRICT COURT OF TARRANT COUNTY, TEXAS

---

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca**
**Memorandum Opinion by Chief Justice Tijerina**

This cause is before the Court on appellant's failure to file the clerk's record. On November 20, 2024, appellant filed a motion to vacate the trial court's order denying his statement of inability to pay costs and a motion to stay the trial court's proceedings pending this Court's action. This Court granted appellant's motion, vacated the trial court's order denying his statement of inability to pay costs, and directed the trial court to issue findings of fact. *See* TEX. R. CIV. P. 145(f)(2), (f)(4). This Court further granted appellant's

motion staying the trial court's proceedings and abated the appeal, pending the trial court's findings.

On January 13, 2025, the trial court issued specific findings of fact and found that appellant was not indigent. This Court reinstated appellant's appeal.

The clerk's record was due to be filed on January 28, 2025. On January 28, 2025, the deputy district clerk, Elaina Rodriguez, notified this Court that appellant failed to make arrangements for payment of the clerk's record. On January 29, 2025, the Clerk of the Court informed appellant that his appeal was subject to dismissal unless arrangements for the clerk's record were made and proof of the same was provided to this Court within ten days.

On February 12, 2025, Rodriguez informed this Court that appellant still had not requested the record or made arrangements to do so. To date, the clerk's record has not been filed. In accordance with Texas Rules of Appellate Procedure 37.3(b), this appeal is hereby dismissed for want of prosecution.[1] *See* TEX. R. APP. P. 37.3(b).

Delivered and filed on the
27th day of February, 2025.

JAIME TIJERINA
Chief Justice

---

[1] This case is before this Court on transfer from the Second Court of Appeals in Fort Worth pursuant to a docket-equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.